UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 11-00331 MMC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE MOTION TO WITHDRAW PLEA OF GUILTY |
| vs. | |
| PETE AGAPITO CHAVEZ, | |
| Defendant | |

Good Cause Appearing,

IT IS HEREBY ORDERED that the hearing on the motion to withdraw guilty plea be continued from December 7, 2011 to March 21, 2012 and that the briefing schedule be amended as follows: Motion February 22, 2012, response March 7, 2012, reply March 14, 2012.

Date: November 29, 2011

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE