IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-331 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45** |
| v. | |
| PETER AGAPITO CHAVEZ, | |
| Defendant. | |

On February 21, 2012, defendant Peter Agapito Chavez ("Chavez") electronically filed his Motion to Withdraw Guilty Plea and supporting declaration. Chavez has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.

Chavez is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced documents. Chavez is hereby advised that if he fails in the future to comply with the General Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a

1 | chambers copy has not been timely provided to the Court.
2 | **IT IS SO ORDERED.**

Dated: February 29, 2012

_____
MAXINE M. CHESNEY
United States District Judge