IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PETE AGAPITO CHAVEZ,<br><br>Defendant. | No. CR 11-331 MMC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY; DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO FILE NOTICE OF APPEAL** |

Before the Court is defendant's "Application for Leave to File Notice of Appeal and for Appointment of New Counsel," filed January 21, 2013 by Martin Sabelli, counsel of record for defendant.

1. To the extent the motion seeks an order permitting Mr. Sabelli to withdraw as counsel of record, the motion is hereby GRANTED, and the case is referred to the Federal Public Defender's Office for the purpose of locating new counsel for defendant.

2. To the extent the motion seeks an order affording defendant leave to file an untimely notice of appeal, the motion is hereby DENIED without prejudice to defendant's new counsel filing such a motion, should said counsel deem it appropriate to do so.

**IT IS SO ORDERED.**

Dated: January 25, 2013

MAXINE M. CHESNEY
United States District Judge